UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Kevin Corley<br>*Defendant* | § | Southern District of Texas / Laredo Division<br>Case No: 5:12CR185-01 |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for **March 29, 2012 at 10:00 AM**, before United States Magistrate Judge Diana Song Quiroga, at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

DIANA SONG QUIROGA
United States Magistrate Judge

Date of order: March 26, 2012

CHARGE: Title 21 United States Code, Section (s) 846, 841 (a)(1) and 841(b)(1)(B).